PEARSON, Judge
(dissenting).
Juvenile proceedings are not criminal in nature[1] and, therefore, the juvenile in the present case was delinquent if either charge was proved.[2] Where the evidence at the conclusion of the case establishes delinquency pursuant to the sufficiently clear wording in the petition of delinquency,[3] the finding of delinquency ought not be reversed upon a holding that the wrong kind of delinquency was proved, unless some prejudice to the juvenile in the defense of the charge can be found in the record. I would, therefore, affirm.

. See § 39.10(5), Fla.Stat. (1975); and Richardson v. State ex rel. Milton, 219 So.2d 77, 80 (Fla.3d DCA 1969). But see Fla.R.Juv.P. 8.180(a).

. See Fla.R.Juv.P. 8.110(c)(1).

. See In Interest of V. D., 245 So.2d 273 (Fla.4th DCA 1971).